UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | |
|---|---|
| DAISY KEESEE, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 2:10-cv-187 |
| ) | |
| MICHAEL J. ASTRUE, ) | Judge Mattice |
| Commissioner of Social Security, ) | |
| ) | |
| *Defendant*. ) | |

# ORDER

United States Magistrate Judge Susan K. Lee filed her report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b) on June 6, 2011 [Court Doc. 19]. Neither party filed objections within the given 14 days.

After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Magistrate Judge Lee recommended that Plaintiff's Motion for Judgment on the Pleadings [Court Doc. 10] be granted to the extent that Plaintiff requested a remand of this action. Accordingly, the Court **ORDERS** that Plaintiff's Motion for Judgment on the Pleadings [Court Doc. 10] is **GRANTED IN PART** and **DENIED IN PART** and that Defendant's Motion for Summary Judgment [Court Doc. 17] is **DENIED**. The Commissioner's decision denying benefits is **REVERSED** and this action is **REMANDED** to the Commissioner pursuant to Sentence Six of 42 U.S.C. § 405(g) for further evaluation.

**SO ORDERED** this 24th day of June, 2011.

                */s/Harry S. Mattice, Jr.*
                HARRY S. MATTICE, JR.
              UNITED STATES DISTRICT JUDGE